UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

SCOTT ALLEN HOWARD,  (Bankr. Case No. 12-06378)
BARBARA ANNE HOWARD,

      Debtors.
_____/

MICHIGAN DEPARTMENT OF LICENSING
AND REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE AGENCY,

      Plaintiff,  Case No. 1:13-CV-208
                                                                (Adv. Pro. No. 12-80360-jrh)
v.

                                                                  HON. GORDON J. QUIST

SCOTT ALLEN HOWARD,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF

The Court has reviewed the Report and Recommendation filed by the United States Bankruptcy Judge in this action. The Report and Recommendation was duly served on Defendant on February 6, 2013. No objections have been filed pursuant to Fed. R. Bankr. P. 9033. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Bankruptcy Judge (docket no. 1-1), filed February 5, 2013, is **approved** and **adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that judgment is entered in **favor of Plaintiff** and **against Defendant** in the amount of $20,895.00, together with costs of $293.00, pursuant to 11 U.S.C. § 523(a)(2)(A) and a(7).

Dated: March 1, 2013                                                            /s/ Gordon J. Quist

GORDON J. QUIST
UNITED STATES DISTRICT JUDGE